affirm the trial court's order granting summary judgment. There was substantial evidence on the record which indicated the workmen were defendants' employees. A school district is not required to pay the prevailing wage rate to its own employees. *City of Joplin v. Industrial Comm. of Mo.*, 329 S.W.2d 687, 692 (Mo. banc 1959); *State ex rel. Ashcroft v. City of Sedalia*, 629 S.W.2d 578, 585 (Mo.App.1981).

No error of law appears. An extended opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).

On July 31, 1989, movant pled guilty to two counts of felony stealing and was sentenced to concurrent four years terms. He was delivered to the Department of Corrections on August 2, 1989. He filed his Rule 24.035 motion on March 21, 1990.

Rule 24.035(b) requires the motion to be filed within ninety days after the movant is delivered to the Department of Corrections. Defendant's time to file expired ninety days after August 2, 1989. His March 21, 1990 motion was time barred. *Day v. State*, 770 S.W.2d 692 (Mo. banc 1989).

Failure to timely file a Rule 24.035 motion constitutes "a complete waiver of any right to proceed" under Rule 24.035. Rule 24.035(b). The motion court properly dismissed the motion and its order is affirmed.

**Maurice McALLISTER–BEY,**
**Plaintiff/Appellant,**

v.

**STATE of Missouri,**
**Defendant/Respondent.**

**No. 59220.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 11, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 23, 1991.

Application to Transfer Denied
Sept. 10, 1991.

Cheryl Rafert, St. Louis, for plaintiff-appellant.

William L. Webster, Atty. Gen., Geoffrey W. Preckshot, Asst. Atty. Gen., Jefferson City, for defendant-respondent.

**Rickey COLLINS, Appellant,**

v.

**William Ray PRICE, Jr.,**
**et al., Defendants,**

**and**

**Darlene Smith and Robert Landzettel,**
**Respondents.**

**No. WD 42777.**

Missouri Court of Appeals,
Western District.

June 18, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 30, 1991.

Application to Transfer Denied
Sept. 10, 1991.

### ORDER

PER CURIAM.

Movant appeals the dismissal of his Rule 24.035 motion for post-conviction relief.